IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jessie Traylor, | ) | C/A No. 0:21-798-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Warden Macklenberg, *F.C.I. Marianna*; | ) | **ORDER** |
| Warden Knight, *F.C.I. Estill*, Forsyth, *Camp* | ) | |
| *Administrator Estill*, J.A. Keller, *Region* | ) | |
| *Director*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Jessie Traylor, a self-represented federal prisoner, filed this civil rights action on March 19, 2021. The court issued multiple orders providing Plaintiff an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF Nos. 5, 17, 26, 32.) Plaintiff was warned in each order that failure to provide the necessary information within a specific time period would subject the case to dismissal. To date, Plaintiff has not complied with the court's instructions to file Forms USM-285 for the United States Attorney General or the United States Attorney for the District of South Carolina, as is necessary pursuant to Federal Rule of Civil Procedure 4(i) to effect service of process on the United States. Plaintiff did not respond to the court's latest order giving Plaintiff a fourth opportunity to file the documents required by the court and the deadline to respond has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

August 16, 2021  
Charleston, South Carolina

s/ Bruce Howe Hendricks  
Bruce Howe Hendricks  
United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.